**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**

Case Name: __ALICIA RILEY                              Case No.: _16-41100_____
_____

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ❑ **Amendment to Petition:**
  - ❑ Name ❑ Debtor(s) Mailing Address ❑ Alias
  - ❑ Signature ❑ Complying with Order Directing the Filing of Official Form(s)
- ❑ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- X **Statement of Financial Affairs**
- ❑ **Schedules and List of Creditors:**

  X Schedule A/B

  X Schedule C    ❑ Debtor 2 Schedule C

  ❑ List of Creditors    ❑ Schedule D    ❑ Schedule E/F  and
  - ❑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
  - ❑ Change address of a creditor already on the List of Creditors – **No Fee Required**

  ❑ Schedule G

  ❑ Schedule H

  ❑ Schedule I

  ❑ Schedule J

  ❑ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

| | |
|---|---|
| **Additional Details of Amendment(s):** ___Amended Schedules B and C; amended Statement of Financial Affairs. _____ _____ | |

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| Date: 3/23/16 | Signature: /s/ Toni Valchanov |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date: 3/23/16 | Signature : /s/ Alicia Riley |
| Date | Signature |

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

_____      _____
_____      _____
_____      _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

_____      _____
_____      _____
_____      _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

_____      _____
_____      _____
_____      _____

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**     _____

**ADDRESS:**     _____
               _____

**NAME OF CREDITOR:**     _____

**ADDRESS:**     _____
               _____

**NAME OF CREDITOR:**     _____

**ADDRESS:**     _____
               _____

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

3